JOHN RHODES
Assistant Federal Defender
Federal Defenders of Montana
Missoula Branch Office
125 Bank Street, Suite 710
Missoula, MT 59802
Phone:  (406) 721-6749
Fax:  (406) 721-7751
Email: john_rhodes@fd.org

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JOSEPH FRANKLIN REYNOLDS, Defendant. | Case No.  CR 12-07-BU-DLC<br><br>**UNOPPOSED MOTION FOR DETENTION HEARING** |
|---|---|

Defendant JOSEPH FRANKLIN REYNOLDS, ("Mr. Reynolds"), by and through Defendant's counsel of record, the FEDERAL DEFENDERS OF MONTANA and JOHN RHODES, Assistant Federal Defender requests a detention hearing.

Government counsel has been notified of the filing of this motion and does not oppose the request for a detention hearing but does oppose release.

RESPECTFULLY SUBMITTED this 21st day of September, 2012.

                         JOSEPH FRANKLIN REYNOLDS

By:  */s/ John Rhodes*
      JOHN RHODES
      Assistant Federal Defender
      Federal Defenders of Montana
         Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2012, a copy of the foregoing document was served on the following persons by the following means:

<u>1, 2</u>   CM-ECF

<u>    </u>   Hand Delivery

<u>4   </u>   Mail

<u>    </u>   Overnight Delivery Service

<u>    </u>   Fax

<u>3   </u>   E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. CYNDEE L. PETERSON
   Assistant U.S. Attorney
   P.O. Box 8329
   Missoula, MT 59807
       Counsel for the United States of America

3. JEAN KEILEY
   United States Probation Office
   P.O. Box 7675
   Missoula, MT 59807
       United States Probation Officer

4. JOSEPH FRANKLIN REYNOLDS
       Defendant

By:   */s/ John Rhodes*
      JOHN RHODES
      Assistant Federal Defender
      Federal Defenders of Montana
        Counsel for Defendant