IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED

MAR 19 2020

Clerk, U.S. District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | CR 12–07–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOSEPH FRANKLIN REYNOLDS, | |
| Defendant. | |

Before the Court is the Government's Motion for Leave to Present Testimony via Video Conferencing. (Doc. 103.) The Government moves the Court for leave to present the testimony of Helena Police Department Corporal Domingo Zapata and Helena Police Department Officer Monica Kuehn via video conferencing at the upcoming revocation hearing to prevent the officers from having to travel from Helena to Missoula during the coronavirus outbreak. (*Id.* at 1-2.) This motion will be granted.

IT IS ORDERED that the Government's motion (Doc. 103) is GRANTED.

DATED this 19th day of March, 2020.

Dana L. Christensen, District Judge
United States District Court

-1-