IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH FRANKLIN REYNOLDS,<br><br>Defendant. | CR 12–7–BU–DLC<br><br><br><br>ORDER |

The United States Probation Office filed a Petition on June 24, 2022, requesting that the Court modify the conditions of Defendant Joseph Franklin Reynolds' supervised release to include mental health treatment. (Doc. 145.) The government argued that this modified condition was necessary because Mr. Reynolds has continued to violate the conditions of his supervised release immediately upon reentering the community, and a more intense mental health program could start the process of addressing his issues while he remains in the community. (*Id.* at 5.)

The Court conducted a hearing on the Petition on July 8, 2022. The Court heard argument by the parties and considered an exhibit concerning a mental health program in which Mr. Reynolds is currently participating. The Court determined that Mr. Reynolds' supervised release conditions should be amended to include the proposed mental health treatment condition.

1

Accordingly, IT IS ORDERED that the Petition to Modify the Conditions of Supervised Release (Doc. 145) is GRANTED.

IT IS FURTHER ORDERED that Mr. Reynolds' supervised release conditions are amended to include the following new condition:

> You must participate in a program for mental health treatment as approved by the probation officer.  You must remain in the program until you are released by the probation officer in consultation with the treatment provider.  You must pay part or all of the costs of this treatment as directed by the probation officer.  You must grant a limited waiver of your right of confidentiality and any records of mental health treatment imposed as a consequence of this condition to allow the treatment provider to provide information to the probation officer and sign all necessary releases to enable the probation officer to monitor your progress.

DATED this 8th day of July, 2022.

_____
Dana L. Christensen, District Judge
United States District Court